IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CEDRIC JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:16-cv-02631 |
| v. | ) | |
| | ) | |
| GRADY PERRY, WARDEN, | ) | CHIEF JUDGE CRENSHAW |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

**ORDER**

The Warden who is the Defendant in this matter has filed a Notice that the Institution is willing to accept the four boxes of the Plaintiff's files from his former Counsel, Ms. Smith at the prison's transportation hub in Nashville. They advise an officer will meet Ms. Smith there. Because of security, the boxes will be inspected in the presence of Ms. Smith and upon acceptance by the Department and the boxes again will be inspected in the presence of the Plaintiff once they arrive at the facility where he is confined.

It is reasonable for the institution to inspect material delivered to the Plaintiff for contraband and this procedure is approved by the Court. It is strongly suggested Ms. Smith prepare an inventory or photographing record of the contents of the boxes and following the inspection at the transportation hub the boxes should be sealed and the seals broken in the presence of the Plaintiff when they are delivered to the institution where he is confined.

SO ORDERED.

/s/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge